**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Samuel D. Martin |
| Debtor 2 (Spouse, if filing) | Patricia A. Martin |
| United States Bankruptcy Court for the: | Western District of Pennsylvania |
| Case number | 16-20983-CMB |

Official Form 410S1

# Notice of Mortgage Payment Change                                12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, et al

**Court claim no.** (if known): 4-3

**Last 4 digits** of any number you use to identify the debtor's account:  6  8  5  1

**Date of payment change:** Must be at least 21 days after date of this notice     03/01/2021

**New total payment:** Principal, interest, and escrow, if any     $ 743.26

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   **Current escrow payment:** $ 553.62          **New escrow payment:** $ 271.16

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

   **Current interest rate:** _____%          **New interest rate:** _____%

   **Current principal and interest payment:** $ _____     **New principal and interest payment:** $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** $ _____     **New mortgage payment:** $ _____

| Debtor 1 | Samuel D. Martin | | | Case number (*if known*) | 16-20983-CMB |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/Brian E. Caine
Signature

Date 02/08/2021

Print: Brian E. Caine
First Name   Middle Name   Last Name

Title: Attorney

Company: Parker McCay P.A.

Address: 9000 Midlantic Drive, Suite 300
Number   Street

Mount Laurel    NJ    08054
City    State    ZIP Code

Contact phone: 856-985-4059

Email: bcaine@parkermccay.com



**BSI Financial Services**

314 S Franklin St / Second Floor
PO Box 517
Titusville PA 16354
800-327-7861
814-260-4159 Fax
www.bsifinancial.com

```
PATRICIA A MARTIN                              YOUR LOAN NUMBER:
SAMUEL D MARTIN
758 RENO ST
ROCHESTER           PA 15074
                                               DATE: 02/01/21
```

*** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - CORRECTION ***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED
ESCROW ACTIVITY FOR YOUR ESCROW CYCLE  BEGINNING    03/21 THROUGH    02/22.

------- ANTICIPATED PAYMENTS FROM ESCROW -    03/21 THROUGH    02/22 -------
```
            HOMEOWNERS INS              784.00
            COUNTY TAX                  496.86
            TOWN                        554.19
            SCHOOL                     1418.92

            TOTAL PAYMENTS FROM ESCROW   3253.97

            MONTHLY PAYMENT TO ESCROW     271.16 (1/12TH OF ABOVE TOTAL)
```

------- ANTICIPATED ESCROW ACTIVITY -    03/21 THROUGH    02/22--------

         -ANTICIPATED PAYMENTS-                  -- ESCROW BALANCE COMPARISON --

| MONTH | TO ESCROW | FROM ESCROW | DESCRIPTION | ANTICIPATED | | REQUIRED |
|---|---|---|---|---|---|---|
|  |  | ACTUAL | STARTING BALANCE | 3002.51 | | 1385.33 |
| MAR 21 | 271.16 | 496.86 | COUNTY TAX | 2776.81 | | 1159.63 |
| APR 21 | 271.16 | 554.19 | TOWN | 2493.78 | | 876.60 |
| MAY 21 | 271.16 |  |  | 2764.94 | | 1147.76 |
| JUN 21 | 271.16 |  |  | 3036.10 | | 1418.92 |
| JUL 21 | 271.16 |  |  | 3307.26 | | 1690.08 |
| AUG 21 | 271.16 | 1418.92 | SCHOOL    ALP | 2159.50 | RLP | 542.32 |
| SEP 21 | 271.16 |  |  | 2430.66 | | 813.48 |
| OCT 21 | 271.16 |  |  | 2701.82 | | 1084.64 |
| NOV 21 | 271.16 |  |  | 2972.98 | | 1355.80 |
| DEC 21 | 271.16 | 784.00 | HOMEOWNERS INS | 2460.14 | | 842.96 |
| JAN 22 | 271.16 |  |  | 2731.30 | | 1114.12 |
| FEB 22 | 271.16 |  |  | 3002.46 | | 1385.28 |

```
----------- DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE ------------

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE
(RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS          0.00.

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED
BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS        1617.18.

------------------ CALCULATION OF YOUR NEW PAYMENT AMOUNT ------------------
            PRINCIPAL & INTEREST                        472.10
            ESCROW (1/12TH OF ANNUAL ANTICIPATED        271.16
                DISBURSEMENTS AS COMPUTED ABOVE)
            PLUS: OPTIONAL INSURANCE PREMIUMS             0.00
            PLUS: REPLACEMENT RESERVE OR FHA SVC CHG      0.00
            PLUS: SHORTAGE PAYMENT                        0.00
            MINUS: SURPLUS CREDIT                         0.00
            ROUNDING ADJUSTMENT                           0.00
            MINUS: BUYDOWN/ASSISTANCE PAYMENTS            0.00

BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 03/01/21     743.26
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF
MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING
OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES
A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED
ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS      542.32.
YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR
ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE
IS TARGETED TO BE YOUR CUSHION AMOUNT.

YOUR ESCROW CUSHION FOR THIS CYCLE IS        542.32.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
01/21       553.62      02/21       553.62      00/00              0.00
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
00/00       0.00                                00/00       0.00
00/00       0.00                                00/00       0.00
```

**Licensed as Servis One, Inc. dba BSI Financial Services.**

BSI Financial Services NMLS # 38078. Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).

If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)**

| | |
|---|---|
| **Samuel D. Martin** | :CHAPTER 13 |
| **Patricia A. Martin** | : |
|        **Debtors** | :CASE NO: 16-20983-CMB |
| ------------------------------------------------ | : |
| U.S. Bank Trust National Association, as Trustee of Bungalow Series F Trust | : |
|        Movant | : |
| v. | : |
| Samuel D. Martin | : |
| Patricia A. Martin | : |
|        Debtors | : |
| and | : |
| Ronda Winnecour, Esq. (Trustee) | : |
|        Respondents | : |

**CERTIFICATE OF SERVICE OF NOTICE OF MORTGAGE PAYMENT CHANGE**

     I, Brian E. Caine, Esq. certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below on February 8, 2021.

**SERVICE BY Notice of Electronic Filing:**

Edgardo D Santillan, Esq.
Santillan Law, PC
908 22nd St.
Aliquippa, PA 15001
(ed@santillanlaw.com)

*U.S. Trustee*
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
(USTP.Region03@USDOJ.gov)

Ronda J. Winnecour, Esq**.**
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
(CMECF@Chapter13TrusteeWDPA.com)

**SERVICE BY First-Class Mail:**

Samuel D. Martin
845 Reno Street
Rochester, PA 15074
**DEBTOR**

Patricia A. Martin
845 Reno Street
Rochester, PA 15074
**DEBTOR**

EXECUTED ON:  February 8, 2021

By:    /s/Brian E. Caine
BRIAN E. CAINE, ESQ.
PA Attorney ID 86057
PARKER McCAY P.A.
9000 Midlantic Drive, Suite 300
Mount Laurel, New Jersey  08054
(p) 856-985-4059
(fax) 856-596-3427
bcaine@parkermccay.com
*Attorney for Movant, U.S. Bank Trust National Association, as Trustee of Bungalow Series F Trust*